FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANK GILES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECOVERY SOLUTIONS GROUP LLC, a Delaware limited liability company,<br><br>Defendant. | No. 2:18-cv-00375-SMJ<br><br>**ORDER DISMISSING CASE** |

On November 25, 2019, Plaintiff Frank Giles filed a Notice of Voluntary Dismissal, ECF No. 4. Defendant Recovery Solutions Group LLC has served neither an answer nor a summary judgment motion. Consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

**1.** Plaintiff's Notice of Voluntary Dismissal, **ECF No. 4**, is **ACKNOWLEDGED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE **-** 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 26th day of November 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge